UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: SEARING, MARK A<br>    SEARING, DEBRA L<br><br>Debtor(s) | § Case No. 09-71033<br>§<br>§<br>§ |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 04/21/2010 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/12/2010        By:  /s/BRADLEY J. WALLER
                                         Trustee

BRADLEY J. WALLER
KLEIN STODDARD BUCK WALLER
2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**UST Form 101-7-NFR (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: SEARING, MARK A § Case No. 09-71033
       SEARING, DEBRA L § 
        §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 5,001.64 |
| and approved disbursements of | $ 0.00 |
| leaving a balance on hand of [1] | $ 5,001.64 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | BRADLEY J. WALLER | $ 1,250.16 | $ 145.00 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 56,630.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.4 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Recovery Management Systems Corporation - JCPenney | $ 1,018.99 | $ 64.90 |
| 2 | Recovery Management Systems Corporation - Menards | $ 5,021.62 | $ 319.80 |
| 3 | Sauk Valley Dental | $ 750.00 | $ 47.76 |
| 4 | Messerli & Kramer PA | $ 15,086.99 | $ 960.80 |
| 5 | Elan Financial Services | $ 24,981.57 | $ 1,590.93 |
| 6 | U.S. Bank N.A. | $ 9,092.41 | $ 579.04 |
| 7 | U.S. Bank N.A. | $ 679.13 | $ 43.25 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant*                               *Allowed Amt. of Claim    Proposed Payment*
                                N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant*                               *Allowed Amt. of Claim    Proposed Payment*
                                N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By:   /s/BRADLEY J. WALLER
                              Trustee, Bradley J. Waller

BRADLEY J. WALLER
KLEIN STODDARD BUCK WALLER
2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez              Page 1 of 1              Date Rcvd: Mar 20, 2009
Case: 09-71033                Form ID: b9a               Total Served: 22

The following entities were served by first class mail on Mar 22, 2009.
db/jdb         +Mark A Searing,   Debra L Searing,   1305 W 2nd St,   Rock Falls, IL 61071-1004
aty            +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
                 Rockford, IL 61108-2582
13665987        Blatt Hasenmiller Leibsker & Moore,   125 South Wacher Drive Suite 400,   Chicago, IL 60606-4440
13665988       +Capital Management Services,   726 Exchange Street - Suite 700,   Buffalo, NY 14210-1464
13665990        Creditors Financial Group, LLC,   PO Box 440290,   Aurora, CO 80044-0290
13665992        Elan Cardmember Services,   Recovery Department,   P O Box 790084,   Saint Louis, MO 63179-0084
13665993       +GMAC,   P O Box 2182,   Greeley, CO 80632-2182
13665994        Mercantile Adjustment Bureau LLC,   P O Box 9016,   Buffalo, NY 14231-9016
13665995       +Messerli & Kramer PA,   Attorneys at Law,   3033 Campus Drive #250,   Minneapolis, MN 55441-2662
13665996       +Regional Adjustment Bureau Inc,   7000 Goodlett Farms Parkway,   P O Box 34111,
                 Cordova, TN 38016-4916
13665997       +Sauk Valley Bank & Trust,   PO Box 1063,   Sterling, IL 61081-8063
13665998       +Sauk Valley Dental,   654 Reynoldswood Road,   Dixon, IL 61021-9108
13665999      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                 (address filed with court:   U S Bank,   P O Box 1800,   Saint Paul, MN 55101-0800)
13666000       +US Bank Home Mortgage,   4801 Frederica St,   Owensboro, KY 42301-7441
13666001        US Bank Home Mortgage - Quad Cities,   PO Box 790179,   Saint Louis, MO 63179-0179
13666002       +Walter & Leone Laemmel,   1907 22nd Avenue,   Sterling, IL 61081-1703
13666003       +Whiteside County Collector,   Whiteside County Courthouse,   200 E. Knox Street,
                 Morrison, IL 61270-2819
13666004       +William T Searing,   2407 Deets Rd,   Sterling, IL 61081-9260
The following entities were served by electronic transmission on Mar 20, 2009.
aty            +EDI: BBJNATALE.COM Mar 20 2009 20:48:00      Bernard J Natale,   Bernard J. Natale, Ltd.,
                 6833 Stalter Drive,   Suite 201,   Rockford, IL 61108-2582
tr             +E-mail/Text: KATHY@EGBBL.COM                            Megan G Heeg,
                 Ehrmann Gehlbach Badger & Lee,   Pob 447- 215 E First St, Ste 100,   Dixon, IL 61021-0447
13665986        EDI: ARSN.COM Mar 20 2009 20:49:00      Associated Recovery Systems,   PO Box 469046,
                 Escondido, CA 92046-9046
13665989        EDI: CBCSI.COM Mar 20 2009 20:48:00      CBCS,   PO Box 1810,   Columbus, OH 43216-1810
13665991       +EDI: RCSDELL.COM Mar 20 2009 20:48:00      Dell Financial Services,   PO Box 6403,
                 Carol Stream, IL 60197-6403
13665992        EDI: USBANKARS.COM Mar 20 2009 20:48:00      Elan Cardmember Services,   Recovery Department,
                 P O Box 790084,   Saint Louis, MO 63179-0084
13665993       +EDI: GMAC.COM Mar 20 2009 20:49:00      GMAC,   P O Box 2182,   Greeley, CO 80632-2182
13665999        EDI: USBANKARS.COM Mar 20 2009 20:48:00      U S Bank,   P O Box 1800,   Saint Paul, MN 55101-0800
13666000       +EDI: USBANKARS.COM Mar 20 2009 20:48:00      US Bank Home Mortgage,   4801 Frederica St,
                 Owensboro, KY 42301-7441
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 22, 2009                    Signature:   *Joseph Speetjens*

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez              Page 1 of 1              Date Rcvd: Mar 26, 2010
Case: 09-71033                Form ID: pdf006            Total Noticed: 27

The following entities were noticed by first class mail on Mar 28, 2010.
db/jdb        +Mark A Searing,   Debra L Searing,   1305 W 2nd St,   Rock Falls, IL 61071-1004
aty           +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
                Rockford, IL 61108-2582
tr            +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
                Sycamore, IL 60178-3140
13665986       Associated Recovery Systems,   PO Box 469046,   Escondido, CA 92046-9046
13665987       Blatt Hasenmiller Leibsker & Moore,   125 South Wacher Drive Suite 400,   Chicago, IL 60606-4440
13665989       CBCS,   PO Box 1810,   Columbus, OH 43216-1810
13665988      +Capital Management Services,   726 Exchange Street - Suite 700,   Buffalo, NY 14210-1464
13665990      +Creditors Financial Group, LLC,   PO Box 440290,   Aurora, CO 80044-1500
13665991      +Dell Financial Services,   PO Box 6403,   Carol Stream, IL 60197-6403
13665992       Elan Cardmember Services,   Recovery Department,   P O Box 790084,   Saint Louis, MO 63179-0084
13665993      +GMAC,   P O Box 2182,   Greeley, CO 80632-2182
13665994       Mercantile Adjustment Bureau LLC,   P O Box 9016,   Buffalo, NY 14231-9016
13665995      +Messerli & Kramer PA,   Attorneys at Law,   3033 Campus Drive #250,   Minneapolis, MN 55441-2662
13665996      +Regional Adjustment Bureau Inc,   7000 Goodlett Farms Parkway,   P O Box 34111,
                Cordova, TN 38016-4916
13665997      +Sauk Valley Bank & Trust,   PO Box 1063,   Sterling, IL 61081-8063
13665998      +Sauk Valley Dental,   654 Reynoldswood Road,   Dixon, IL 61021-9108
14368380     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: Elan Financial Services,   P.O. Box 5229,   Cincinnati, OH 45201)
13665999     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: U S Bank,   P O Box 1800,   Saint Paul, MN 55101-0800)
14368383     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: U.S. Bank N.A.,   P.O. Box 5229,   Cincinnati, OH 45201)
13666000      +US Bank Home Mortgage,   4801 Frederica St,   Owensboro, KY 42301-7441
13666001       US Bank Home Mortgage - Quad Cities,   PO Box 790179,   Saint Louis, MO 63179-0179
13666002      +Walter & Leone Laemmel,   1907 22nd Avenue,   Sterling, IL 61081-1703
13666003      +Whiteside County Collector,   Whiteside County Courthouse,   200 E. Knox Street,
                Morrison, IL 61270-2819
13666004      +William T Searing,   2407 Deets Rd,   Sterling, IL 61081-9260

The following entities were noticed by electronic transmission on Mar 26, 2010.
13815301      +E-mail/PDF: rmscedi@recoverycorp.com Mar 27 2010 00:21:33     Capital Recovery II,
                Recovery Management Systems Corp,   25 S. E. 2nd Ave., Ste 1120,   Miami, FL 33131-1605,
                Attn: Ramesh Singh
14083684      +E-mail/PDF: rmscedi@recoverycorp.com Mar 27 2010 00:21:32
                Recovery Management Systems Corporation,   For Capital Recovery III LLC,
                As Assignee of GE Capital - JC Penney Co,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
14087339      +E-mail/PDF: rmscedi@recoverycorp.com Mar 27 2010 00:21:31
                Recovery Management Systems Corporation,   For Capital Recovery II LLC,   As Assignee of MENARDS,
                25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 28, 2010**                                         **Signature:** *Joseph Speetjens*