**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: SEARING, MARK A
      SEARING, DEBRA L

Case No. 09-71033

Chapter 7

Debtors

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $82,018.00 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $3,606.48 | Claims Discharged Without Payment: $53,024.23 |
| Total Expenses of Administration: $1,395.16 | |

3) Total gross receipts of $ 5,001.64 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,001.64 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 1,395.16 | 1,395.16 | 1,395.16 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 0.00 | 56,630.71 | 56,630.71 | 3,606.48 |
| TOTAL DISBURSEMENTS | $0.00 | $58,025.87 | $58,025.87 | $5,001.64 |

4) This case was originally filed under Chapter 7 on March 19, 2009.
. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/18/2010         By: /s/BRADLEY J. WALLER
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 37 acres (hunting ground) | 1110-000 | 5,000.00 |
| Interest Income | 1270-000 | 1.64 |
| **TOTAL GROSS RECEIPTS** | | **$5,001.64** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 1,250.16 | 1,250.16 | 1,250.16 |
| BRADLEY J. WALLER | 2200-000 | N/A | 145.00 | 145.00 | 145.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 1,395.16 | 1,395.16 | 1,395.16 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Recovery Management Systems Corporation - JCPenney | 7100-000 | N/A | 1,018.99 | 1,018.99 | 64.90 |
| Recovery Management Systems Corporation - Menards | 7100-000 | N/A | 5,021.62 | 5,021.62 | 319.80 |
| Sauk Valley Dental | 7100-000 | N/A | 750.00 | 750.00 | 47.76 |
| Messerli & Kramer PA | 7100-000 | N/A | 15,086.99 | 15,086.99 | 960.80 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Elan Financial Services | 7100-000 | N/A | 24,981.57 | 24,981.57 | 1,590.93 |
| U.S. Bank N.A. | 7100-000 | N/A | 9,092.41 | 9,092.41 | 579.04 |
| U.S. Bank N.A. | 7100-000 | N/A | 679.13 | 679.13 | 43.25 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 0.00 | 56,630.71 | 56,630.71 | 3,606.48 |

**UST Form 101-7-TDR (9/1/2009)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | | Trustee: | (330501) | BRADLEY J. WALLER |
|---|---|---|---|---|
| Case Number: | 09-71033 | Filed (f) or Converted (c): | 03/19/09 (f) | |
| Case Name: | SEARING, MARK A | §341(a) Meeting Date: | 05/08/09 | |
| | SEARING, DEBRA L | Claims Bar Date: | 09/22/09 | |
| Period Ending: | 08/18/10 | | | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 1305 W 2nd St, Rock | 60,000.00 | 16,410.00 | DA | 0.00 | FA |
| 2 | 37 acres (hunting ground) | 5,722.50 | 5,722.50 | | 5,000.00 | FA |
| 3 | US Bank - checking | 700.00 | 700.00 | DA | 0.00 | FA |
| 4 | Sauk Valley Bank - checking | 265.00 | 265.00 | DA | 0.00 | FA |
| 5 | Normal complement of household goods | 2,500.00 | 2,500.00 | DA | 0.00 | FA |
| 6 | Normal complement of clothing | 500.00 | 500.00 | DA | 0.00 | FA |
| 7 | Misc jewelry and wedding rings | 500.00 | 500.00 | DA | 0.00 | FA |
| 8 | 1 shotgun, 1 rifle | 450.00 | 450.00 | DA | 0.00 | FA |
| 9 | Term insurance through employment | 1.00 | 1.00 | DA | 0.00 | FA |
| 10 | IMRF | 4,308.00 | 4,308.00 | DA | 0.00 | FA |
| 11 | Halo/Lee Wayne 401(K) | 923.00 | 923.00 | DA | 0.00 | FA |
| 12 | 2006 Chevy Cobalt | 8,255.00 | 8,255.00 | DA | 0.00 | FA |
| 13 | 1998 Chevrolet pickup truck (no transmission) | 100.00 | 100.00 | DA | 0.00 | FA |
| 14 | 16' flatbottom fishing boat, trailer & motor | 800.00 | 800.00 | DA | 0.00 | FA |
| 15 | Home computer & laptop | 2,000.00 | 2,000.00 | DA | 0.00 | FA |
| 16 | 1 dog | 50.00 | 50.00 | DA | 0.00 | FA |
| 17 | Misc homeowner tools | 250.00 | 250.00 | DA | 0.00 | FA |
| 18 | Funds held from wage deduction but not turned ov | 416.00 | 416.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.64 | Unknown |
| 19 | Assets    Totals (Excluding unknown values) | $87,740.50 | $44,150.50 | | $5,001.64 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2010    **Current Projected Date Of Final Report (TFR):**    March 31, 2010

Printed: 08/18/2010 10:23 AM    V.12.52

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-71033 | | Trustee: | BRADLEY J. WALLER (330501) |
|---|---|---|---|---|
| Case Name: | SEARING, MARK A | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | SEARING, DEBRA L | | Account: | ***-*****91-65 - Money Market Account |
| Taxpayer ID #: | **-***9126 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/18/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 06/22/09 | {2} | Mark Searing | Per court order of June 10, 2009 | 1110-000 | 5,000.00 | | 5,000.00 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 5,000.04 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,000.25 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,000.46 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 5,000.66 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 5,000.86 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,001.07 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,001.28 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.19 | | 5,001.47 |
| 02/25/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.17 | | 5,001.64 |
| 02/25/10 | | To Account #********9166 | | 9999-000 | | 5,001.64 | 0.00 |
| | | | ACCOUNT TOTALS | | 5,001.64 | 5,001.64 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,001.64 | |
| | | | Subtotal | | 5,001.64 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $5,001.64 | $0.00 | |

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-71033 | | Trustee: | BRADLEY J. WALLER (330501) |
|---|---|---|---|---|
| Case Name: | SEARING, MARK A | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | SEARING, DEBRA L | | Account: | \*\*\*-\*\*\*\*\*91-66 - Checking Account |
| Taxpayer ID #: | \*\*-\*\*\*9126 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 08/18/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/25/10 | | From Account #\*\*\*\*\*\*\*\*9165 | | 9999-000 | 5,001.64 | | 5,001.64 |
| 04/06/10 | | Wire out to BNYM account 9200\*\*\*\*\*\*9166 | Wire out to BNYM account 9200\*\*\*\*\*\*9166 | 9999-000 | -5,001.64 | | 0.00 |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 08/18/2010 10:23 AM   V.12.52

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 09-71033 | | Trustee: | BRADLEY J. WALLER (330501) |
|---|---|---|---|---|
| Case Name: | SEARING, MARK A | | Bank Name: | The Bank of New York Mellon |
| | SEARING, DEBRA L | | Account: | 9200-******91-66 - Checking Account |
| Taxpayer ID #: | **-***9126 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/18/10 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9166 | Wire in from JPMorgan Chase Bank, N.A. account ********9166 | 9999-000 | 5,001.64 | | 5,001.64 |
| 04/21/10 | 10101 | BRADLEY J. WALLER | Dividend paid 100.00% on $1,250.16, Trustee Compensation; Reference: | 2100-000 | | 1,250.16 | 3,751.48 |
| 04/21/10 | 10102 | BRADLEY J. WALLER | Dividend paid 100.00% on $145.00, Trustee Expenses; Reference: | 2200-000 | | 145.00 | 3,606.48 |
| 04/21/10 | 10103 | Recovery Management Systems Corporation - JCPenney | Dividend paid 6.36% on $1,018.99; Claim# 1; Filed: $1,018.99; Reference: | 7100-000 | | 64.90 | 3,541.58 |
| 04/21/10 | 10104 | Recovery Management Systems Corporation - Menards | Dividend paid 6.36% on $5,021.62; Claim# 2; Filed: $5,021.62; Reference: | 7100-000 | | 319.80 | 3,221.78 |
| 04/21/10 | 10105 | Sauk Valley Dental | Dividend paid 6.36% on $750.00; Claim# 3; Filed: $750.00; Reference: | 7100-000 | | 47.76 | 3,174.02 |
| 04/21/10 | 10106 | Messerli & Kramer PA | Dividend paid 6.36% on $15,086.99; Claim# 4; Filed: $15,086.99; Reference: | 7100-000 | | 960.80 | 2,213.22 |
| 04/21/10 | 10107 | Elan Financial Services | Dividend paid 6.36% on $24,981.57; Claim# 5; Filed: $24,981.57; Reference: | 7100-000 | | 1,590.93 | 622.29 |
| 04/21/10 | 10108 | U.S. Bank N.A. | Dividend paid 6.36% on $9,092.41; Claim# 6; Filed: $9,092.41; Reference: | 7100-000 | | 579.04 | 43.25 |
| 04/21/10 | 10109 | U.S. Bank N.A. | Dividend paid 6.36% on $679.13; Claim# 7; Filed: $679.13; Reference: | 7100-000 | | 43.25 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 5,001.64 | 5,001.64 | $0.00 |
| Less: Bank Transfers | 5,001.64 | 0.00 | |
| Subtotal | 0.00 | 5,001.64 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $5,001.64 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****91-65 | 5,001.64 | 0.00 | 0.00 |
| Checking # ***-*****91-66 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******91-66 | 0.00 | 5,001.64 | 0.00 |
| | $5,001.64 | $5,001.64 | $0.00 |

{} Asset reference(s)

Printed: 08/18/2010 10:23 AM    V.12.52